| PROB 22<br>(Rev. 04/17) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>4:19CR00181-1 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>2:23-cr-20701 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Conrad Rockenhaus | DISTRICT<br>Eastern District of Texas | DIVISION<br>Sherman Division |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>The Honorable Amos L. Mazzant, III<br>United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>October 5, 2022 | TO<br>October 4, 2025 |

OFFENSE

18 U.S.C. § 1030(a)(5)(A), 1030(c)(4)(B)(i) - Intentional Damage To A Protected Computer

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Michigan upon that Court's order of acceptance of jurisdiction.

| NOVEMBER 28, 2023 | AMOS L. MAZZANT, III |
|---|---|
| *Date* | *United States District Judge* |

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| December 28, 2023 | s/Stephen J. Murphy, III |
|---|---|
| *Effective Date* | *United States District Judge* |