UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.

Conrad Rockenhaus,

                Defendant(s),

Case No. 2:23–cr–20701–SJM
Hon. Stephen J. Murphy

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear:  Conrad Rockenhaus

The defendant(s) shall appear before District Judge Stephen J. Murphy, III at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- SUPERVISED RELEASE VIOLATION HEARING:  May 13, 2025 at 12:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Richard Loury
Case Manager

Dated:  May 5, 2025