UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

                                          Case No. 23-cr-20701

v.

                                          HON. STEPHEN J. MURPHY

Conrad Rockenhaus,

        Defendant.

_____

## Notice of Appearance

Attorney Marc R. Lakin enters his Appearance on behalf of Defendant Conrad Rockenhaus.

Respectfully submitted,

/s/ *Marc R. Lakin*
MARC R. LAKIN (P41147)
Lakin Law, PLLC
Attorney for Defendant
210 S. Old Woodward, Ste. 220
Birmingham, MI 48009-3636
(248) 723-1199
marclakin@mac.com

Dated: May 6, 2025

## Certificate of Service

I certify that on May 6, 2025, the above Appearance was filed with the

Clerk of the Court using the CM/ECF system, which served the

document(s) to the parties of record.

/s/ *Marc R. Lakin*
MARC R. LAKIN (P41147)
Attorney for Defendant