**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

                    **CASE NO. 23-cr-20701**

  **v.**

                    **HON. STEPHEN J. MURPHY, III**

**CONRAD ROCKENHAUS,**

      **Defendant.**
_____/

### APPEARANCE

Comes now, Jerome F. Gorgon Jr., United States Attorney for the Eastern District of Michigan, by Corinne M. Lambert, Special Assistant United States Attorney for the Eastern District of Michigan, and enters this appearance as counsel for the United States of America.

           Respectfully Submitted,

           JEROME F. GORGON JR.
           United States Attorney

By:  /s/ *Corinne M. Lambert*
      Corinne M. Lambert
      Special Assistant U.S. Attorney
      211 W. Fort Street, Suite 2001
      Detroit, MI   48226
      Telephone: (313) 226-9129
      Fax:   (313) 226-2873
      E-mail: corinne.lambert@usdoj.gov