

**FILED**

OCT 24 2025

CLERK'S OFFICE
DETROIT

**Form 1A**

**Notice of Appeal to a Court of Appeals From a
Judgment of a District Court**

United States District Court for the **Eastern**
District of **Michigan**
Docket Number **2:23-cr-20701**

| United States of America |
| --- |
| , Plaintiff |
| v. |
| **Conrad Rockenhaus** |
| , Defendant |

Notice of Appeal

**Conrad Rockenhaus** (name all parties taking the appeal)* appeal
to the United States Court of Appeals for the **Sixth** Circuit
from the final judgment entered on **10-20-25** (state the date
the judgment was entered).

Signed 10-23-25

(s) _____ *Ɑ Rockenh*_____

*Next friend for* CONRAD ROCKENHAUS
*Address*: FCI MILAN

P.O. BOX 1000, MILAN, MI 48160

[***Note to inmate filers:*** *If you are an inmate confined in an
institution and you seek the timing benefit of Fed. R. App. P.
4(c)(1), complete Form 7 (Declaration of Inmate Filing) and
file that declaration with this Notice of Appeal.*]

---

* See Rule 3(c) for permissible ways of identifying appellants.

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, October 23, 2025, I served a true and correct copy of the foregoing document: Notice of Appeal (Form 1A) by placing it in the U.S. Mail, postage prepaid, addressed to the following:

Office of the United States Attorney Eastern District of Michigan Attn: Corinne M. Lambert, AUSA 211 W. Fort Street, Suite 2001 Detroit, MI 48226

Dated: October 23, 2025

Adrienne Rockenhaus

Next Friend and Designated Representative for Conrad Rockenhaus