MIED 240 (01/2025) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Michigan

FILED
OCT 24 2025
CLERK'S OFFICE
DETROIT

| | | |
|---|---|---|
| **United States of America** | ) | |
| *Plaintiff/Petitioner* | ) | |
| v. | ) | Civil Action No. 2:23-cr-20701 |
| **Conrad Rockenhaus** | ) | |
| *Defendant/Respondent* | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions and make the following statements by checking the appropriate boxes under penalty of perjury.

1. *If incarcerated.* I am being held at:      FCI MILAN 4004 Arkona Rd P.O. BOX 1000, Milan, MI 48160    .

☑ I understand that if I have an account at the institution, I must attach to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. **If applicable, I am attaching such a Certificate of Trust Account or certified statement to this application.**

☑ I understand that if I was incarcerated at any other institution during the last six months and had an account there, I must also **attach a Certificate of Trust Account or certified statement** from that institution. **If applicable, I am attaching such a certified statement to this application.**

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: _____ , and my take-home pay or wages are:  $ _____ per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☑ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

VA Disability Compensation: $4,673.44 per month. Social Security Disability: Approximately $1,700.00 per month. NOTE: Social Security benefits were suspended as of October 2025 due to my incarceration. VA disability compensation will be suspended also. Access to my complete financial records is impossible, as our family's SoFi bank account was extra-judicially closed without cause following my arrest in September 2025.

3

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _____ 0.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

0

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

-$1900/mo rent
~$700/mo electricity, Internet, phone service
$800/mo restitution
~$3000 in other expenses (food, services)

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Adrienne Rockenhaus, my wife and dependent. I contribute all of my disability income to our shared household. Approximately $2,000 of this per month is required for her direct medical and living needs, which have greatly increased as a direct result of the stress and medical crises caused by this case.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

$800/mo restitution

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

**If incarcerated,** I hereby authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), and to withdraw funds from my prison trust fund account (or institutional equivalent) and disburse those funds to the United States District Court for the Eastern District of Michigan to pay the filing fee in this case. This authorization shall also apply to any agency into whose custody I may be transferred, and to any other district court to which my case may be transferred where my *in forma pauperis* application may be decided.

Date: _____ 10/23/2025 _____

_____
*NEXT OF FRIEND signature*

Conrad Rockenhaus
_____
*Printed name*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this date, October 23, 2025, I served a true and correct copy of the foregoing document: *Application to Proceed in District Court Without Prepaying Fees or Costs* by placing it in the U.S. Mail, postage prepaid, addressed to the following:

Office of the United States Attorney Eastern District of Michigan Attn: Corinne M. Lambert, AUSA 211 W. Fort Street, Suite 2001 Detroit, MI 48226

Dated: October 23, 2025

Adrienne Rockenhaus

Next Friend and Designated Representative for Conrad Rockenhaus

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION**

**UNITED STATES OF AMERICA, Plaintiff,**

**v.**

**CONRAD ROCKENHAUS, Defendant.**

**FCI Milan FEDERAL CORRECTIONAL INSTITUTION**

**P.O. BOX 1000 MILAN, MI 48160**

Case No. 2:23-cr-20701 Hon. Stephen J. Murphy, III

DECLARATION OF ADRIENNE ROCKENHAUS IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AS NEXT FRIEND

I, Adrienne Rockenhaus, declare as follows:

1. I am the designated representative, next friend, and wife of Conrad Rockenhaus, Inmate #39400-480, and I make this statement based on my personal knowledge.

2. To file for *In Forma Pauperis* status, an inmate is required to submit a certified copy of their six-month trust fund (commissary) account statement. This document can only be provided and certified by a prison official, typically the inmate's assigned counselor.

3. My husband's assigned counselor is Corey Grimm. As we have established in our other filings with this Court, Counselor Grimm is perpetually unavailable, fails to respond to inmate requests, and routinely loses or misplaces important documents.

4. Due to Counselor Grimm's consistent and documented failure to perform his duties, it is impossible for my husband to obtain the certified account statement required by the Court to file his own IFP application. Any request submitted to

6

Counselor Grimm for this document will be ignored or lost, thereby preventing my husband from meeting his filing deadlines.

5. The prison administration's failure to provide a functional process for obtaining these necessary documents is another example of their active obstruction of my husband's access to the courts.

6. For these reasons, I must file this Motion for Leave to Proceed *In Forma Pauperis* on his behalf as his next friend, to ensure his constitutional rights are not denied due to the prison's administrative sabotage.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 23, 2025

*A. Rockenh*

Adrienne Rockenhaus

Next Friend and Designated Representative for Conrad Rockenhaus

7

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, October 23, 2025, I served a true and correct copy of the foregoing document: *Declaration of Adrienne Rockenhaus in Support of IFP Motion* by placing it in the U.S. Mail, postage prepaid, addressed to the following:

Office of the United States Attorney Eastern District of Michigan Attn: Corinne M. Lambert, AUSA 211 W. Fort Street, Suite 2001 Detroit, MI 48226

Dated: October 23, 2025

*A Rockenh*

Adrienne Rockenhaus

Next Friend and Designated Representative for Conrad Rockenhaus