UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


United States of America,

                    Plaintiff(s),

v.                                                Case No. 2:23–cr–20701–SJM
                                                  Hon. Stephen J. Murphy III

Conrad Rockenhaus,

                    Defendant(s).

_____

### CERTIFICATE OF SERVICE

   I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

                    United States Court of Appeals for the Sixth Circuit
                    Potter Stewart U.S. Courthouse
                    100 East Fifth Street, Fifth Floor
                    Cincinnati, OH   45202–3988

the defendant(s), and all attorneys of record, by electronic means or first class U.S. mail, on October 28, 2025.



                                        KINIKIA D. ESSIX, CLERK OF COURT


                                        By: s/ Jurnee E Parker_____
                                             Deputy Clerk


Dated:   October 28, 2025