

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,** Plaintiff,

**v.**

FILED

OCT 24 2025

CLERK'S OFFICE
DETROIT

**CONRAD ROCKENHAUS,** Defendant. Reg. No. 39400-480 FCI Milan P.O. BOX 1000 MILAN, MI 48160

**Case No. 2:23-cr-20701 Hon. Stephen J. Murphy, III**

**MOTION TO PROCEED AS NEXT FRIEND**

Pursuant to 28 U.S.C. § 2242 and established federal common law, Adrienne Rockenhaus respectfully moves this Court for leave to proceed as "Next Friend" for Defendant Conrad Rockenhaus, for the purpose of filing the attached Notice of Appeal and related motions (Motion to Proceed *In Forma Pauperis* and Motion to Appoint Counsel).

This motion is based on the following grounds:

1. **Significant Relationship:** Adrienne Rockenhaus is the wife of Defendant Conrad Rockenhaus and his designated representative under a legal Power of Attorney. She is dedicated to his best interests. (See Declaration of Adrienne Rockenhaus, 1, attached as Exhibit A; Power of Attorney, attached as Exhibit C; Marriage Certificate, attached as Exhibit D).

2. **Inability of Real Party to Proceed:** Defendant Conrad Rockenhaus is incarcerated at FCI Milan and is unable to litigate his own cause due to lack of access to the court. Specifically, as detailed in the attached Declaration of Adrienne Rockenhaus (Exhibit A) and the Sworn Statement of Notary Juanita C. Burton (Exhibit B), officials at FCI Milan actively obstructed his ability to prepare and file his timely Notice of Appeal by denying entry to a licensed notary on October 22, 2025. This denial occurred despite established BOP procedures

9

allowing for external notaries and the known unavailability of internal prison staff (Counselor Grimm) to provide the necessary service in a timely manner, creating an effective denial of access. (See Ex. A, 2-6; Ex. B). This satisfies the standard set forth in *Whitmore v. Arkansas*, 495 U.S. 149, 163-64 (1990).

3. **Necessity:** Allowing Adrienne Rockenhaus to proceed as Next Friend is necessary to ensure Mr. Rockenhaus's right to appeal the Judgment of Revocation entered in this case is not forfeited due to institutional obstruction beyond his control.

For these reasons, supported by the attached Declaration and Exhibits, Adrienne Rockenhaus requests that the Court grant this Motion and permit her to file the Notice of Appeal and related motions on behalf of Conrad Rockenhaus.

Respectfully submitted,

Dated: October 23, 2025

*A Rockenh*

Adrienne Rockenhaus

Next Friend and Designated Representative for Conrad Rockenhaus

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, October 23, 2025, I served a true and correct copy of the foregoing document: Motion to Proceed as Next Friend, by placing it in the U.S. Mail, postage prepaid, addressed to the following:

Office of the United States Attorney Eastern District of Michigan Attn: Corinne M. Lambert, AUSA 211 W. Fort Street, Suite 2001 Detroit, MI 48226

Dated: October 23, 2025

*A Rockenh*

Adrienne Rockenhaus

Next Friend and Designated Representative for Conrad Rockenhaus

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v.

CONRAD ROCKENHAUS, Defendant.

FCI Milan FEDERAL CORRECTIONAL INSTITUTION

P.O. BOX 1000 MILAN, MI 48160

OCTOBER 23, 2025

Case No. 2:23-cr-20701 Hon. Stephen J. Murphy, III

INDEX OF EXHIBITS IN SUPPORT OF MOTION TO PROCEED AS NEXT FRIEND

**Exhibit A:** Declaration of Adrienne Rockenhaus in Support of Motion to Proceed as Next Friend

**Exhibit B:** Sworn Statement of Notary Juanita C. Burton, dated October 22, 2025

**Exhibit C:** Power of Attorney designating Adrienne Rockenhaus (formerly [Your Maiden Name])

**Exhibit D:** Marriage Certificate for Conrad Rockenhaus and Adrienne Rockenhaus

**Exhibit E:** Copy of Photo Identification for Adrienne Rockenhaus

# EXHIBIT A



UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v.

CONRAD ROCKENHAUS, Defendant.

FCI Milan FEDERAL CORRECTIONAL INSTITUTION

P.O. BOX 1000 MILAN, MI 48160

Case No. 2:23-cr-20701 Hon. Stephen J. Murphy, III

## DECLARATION OF ADRIENNE ROCKENHAUS IN SUPPORT OF MOTION TO PROCEED AS NEXT FRIEND

I, Adrienne Rockenhaus, declare as follows:

1. I am the designated representative and wife of Conrad Rockenhaus, Inmate #39400-480, acting under a legal Power of Attorney. All facts herein are based on my personal knowledge.

2. Federal regulations mandate that the Bureau of Prisons (BOP) afford inmates a "reasonable opportunity to prepare legal documents" (28 C.F.R. § 543.10) and require that institution staff authorized to administer oaths "shall be available to provide necessary witnessing of these documents" (28 C.F.R. § 543.11(e)). Furthermore, the Warden must provide special accommodation for inmates facing "imminent court deadlines" (28 C.F.R. § 543.11(i)).

3. Despite these requirements, FCI Milan has failed to provide functional access. As documented extensively in Petitioner's pending Writ of Habeas Corpus (Case No. 2:25-cv-12913) and its numerous supplements, his assigned counselor, Corey Grimm – who would typically facilitate internal witnessing or notary services – is perpetually unavailable, routinely fails to process forms, and actively obstructs communication. This renders the internal process non-functional.

13

4. Recognizing the failure of the internal system and the need for timely notarization of appeal documents, I followed procedures established at other BOP facilities (e.g., MDC Brooklyn, FDC Houston) which permit external notaries as "legal assistants" or "special legal visitors" with prior approval. I hired a licensed mobile notary, Juanita C. Burton.

5. As detailed in the Sworn Statement of Notary Juanita C. Burton, attached as **Exhibit B**, officials at FCI Milan refused her entry on October 22, 2025. Critically, the notary informed Officer Bills at the front desk that the documents were time-sensitive, yet access was still denied with the statement, "Unfortunately no." *(This interaction is confirmed by audio recording obtained by the notary).*

6. FCI Milan's excuse – that Conrad must use an internal notary service – is pretextual and legally insufficient. By failing to ensure its internal staff notary is "available" as required by 28 C.F.R. § 543.11(e), while simultaneously imposing a blanket, arbitrary ban on external notaries (contrary to established practice at other secure BOP facilities), FCI Milan has created an **"effective denial"** of access.

7. This effective denial, particularly in the face of an imminent deadline for appeal documents, violates the BOP's duty to provide a "reasonable opportunity" under 28 C.F.R. § 543.10 and obstructs Conrad's fundamental right of access to the courts, making it impossible for him to pursue his appeal on his own behalf.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 23, 2025

*Ce Rockenh*

Adrienne Rockenhaus

Next Friend and Designated Representative for Conrad Rockenhaus

14

# EXHIBIT B

STATE OF MICHIGAN
COUNTY OF WAYNE

SWORN STATEMENT

I, JUANITA C. BURTON do swear and state as follows:

My name is Juanita C. Burton. I am over the age of eighteen and am of sound mind, capable of making this statement.

I am a mobile notary public, commissioned in the State of Michigan, and my commission expires on 07/29/2030.

On October 22, 2025, at approximately 10:30 a.m. I arrived at the FCI Milan Federal Prison, located at 4004 Arkona Rd, Milan, MI 48160.

The purpose of my visit was to meet with an inmate, Conrad Rockenhaus, Inmate #39400-480, who is also a U.S. Veteran, to facilitate the signatures and/or notarization of documents necessary for his legal matters, representation and defense.

Upon arrival, I was refused access/entry to the facility by an officer who identified himself as "Officer Bills" who was operating at the front desk, entry of facility.

Officer Bills stated the reason for refusal as "they have notaries at the facility and outside notaries are not allowed".

I was acting in my official capacity as a notary public to perform a lawful notarial act.

All the facts stated herein are based on my personal knowledge and are true and correct to the best of my knowledge and belief.

I understand that this statement is made for use as evidence in court and is subject to penalty for perjury.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this _22nd_ day of _October_ 2025.

_Juanita C. Burton_
Signature

_Juanita C. Burton_
Printed Name

_73 333-0137_
Business Phone

16

# EXHIBIT C

## STATUTORY DURABLE POWER OF ATTORNEY

NOTICE: THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. THEY ARE EXPLAINED IN THE DURABLE POWER OF ATTORNEY ACT, SUBTITLE P, TITLE 2, ESTATES CODE. IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL AND OTHER HEALTH-CARE DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO. IF YOU WANT YOUR AGENT TO HAVE THE AUTHORITY TO SIGN HOME EQUITY LOAN DOCUMENTS ON YOUR BEHALF, THIS POWER OF ATTORNEY MUST BE SIGNED BY YOU AT THE OFFICE OF THE LENDER, AN ATTORNEY AT LAW, OR A TITLE COMPANY.

You should select someone you trust to serve as your agent. Unless you specify otherwise, generally the agent's authority will continue until:

     (1) you die or revoke the power of attorney;
     (2) your agent resigns, is removed by court order, or is unable to act for you; or
     (3) a guardian is appointed for your estate.

I, Conrad Alan Rockenhaus, 116 Neely Rd. Hewitt, TX 76643 (insert your name and address), appoint Lenita Rockenhaus, 116 Neely Rd. Hewitt, TX 76643 (insert the name and address of the person appointed) as my agent to act for me in any lawful way with respect to all of the following powers that I have initialed below. (YOU MAY APPOINT CO-AGENTS. UNLESS YOU PROVIDE OTHERWISE, CO-AGENTS MAY ACT INDEPENDENTLY.)

Co-Agent: Adrienne Blair, 24570 Lincoln Ct #152, Farmington Hills, MI 48335

TO GRANT ALL OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF (O) AND IGNORE THE LINES IN FRONT OF THE OTHER POWERS LISTED IN (A) THROUGH (N).

TO GRANT A POWER, YOU MUST INITIAL THE LINE IN FRONT OF THE POWER YOU ARE GRANTING.

TO WITHHOLD A POWER, DO NOT INITIAL THE LINE IN FRONT OF THE POWER. YOU MAY, BUT DO NOT NEED TO, CROSS OUT EACH POWER WITHHELD.

_____ (A) Real property transactions;

_____ (B) Tangible personal property transactions;

_____ (C) Stock and bond transactions;

_____ (D) Commodity and option transactions;

_____ (E) Banking and other financial institution transactions;

PowerofAttorney.com

18

_____ (F) Business operating transactions;

_____ (G) Insurance and annuity transactions;

_____ (H) Estate, trust, and other beneficiary transactions;

_____ (I) Claims and litigation;

_____ (J) Personal and family maintenance;

_____ (K) Benefits from social security, Medicare, Medicaid, or other governmental programs or civil or military service;

_____ (L) Retirement plan transactions;

_____ (M) Tax matters;

_____ (N) Digital assets and the content of an electronic communication;

_____ (O) ALL OF THE POWERS LISTED IN (A) THROUGH (N). YOU DO NOT HAVE TO INITIAL THE LINE IN FRONT OF ANY OTHER POWER IF YOU INITIAL LINE (O).


SPECIAL INSTRUCTIONS:

Special instructions applicable to agent compensation (initial in front of one of the following sentences to have it apply; if no selection is made, each agent will be entitled to compensation that is reasonable under the circumstances):

_____ My agent is entitled to reimbursement of reasonable expenses incurred on my behalf and to compensation that is reasonable under the circumstances.

_____ My agent is entitled to reimbursement of reasonable expenses incurred on my behalf but shall receive no compensation for serving as my agent.
Special instructions applicable to co-agents (if you have appointed co-agents to act, initial in front of one of the following sentences to have it apply; if no selection is made, each agent will be entitled to act independently):

_____ Each of my co-agents may act independently for me.

_____ My co-agents may act for me only if the co-agents act jointly.

_____ My co-agents may act for me only if a majority of the co-agents act jointly.


PowerofAttorney.com

19

Special instructions applicable to gifts (initial in front of the following sentence to have it apply):

_CAh_ I grant my agent the power to apply my property to make gifts outright to or for the benefit of a person, including by the exercise of a presently exercisable general power of appointment held by me, except that the amount of a gift to an individual may not exceed the amount of annual exclusions allowed from the federal gift tax for the calendar year of the gift.

ON THE FOLLOWING LINES YOU MAY GIVE SPECIAL INSTRUCTIONS LIMITING OR EXTENDING THE POWERS GRANTED TO YOUR AGENT.

_____

_____

_____

_____

_____

UNLESS YOU DIRECT OTHERWISE BELOW, THIS POWER OF ATTORNEY IS EFFECTIVE IMMEDIATELY AND WILL CONTINUE UNTIL IT TERMINATES.

CHOOSE ONE OF THE FOLLOWING ALTERNATIVES BY CROSSING OUT THE ALTERNATIVE NOT CHOSEN:

(A)  This power of attorney is not affected by my subsequent disability or incapacity. (B) ~~This power of attorney becomes effective upon my disability or incapacity.~~ YOU SHOULD CHOOSE ALTERNATIVE (A) IF THIS POWER OF ATTORNEY IS TO BECOME EFFECTIVE ON THE DATE IT IS EXECUTED.

IF NEITHER (A) NOR (B) IS CROSSED OUT, IT WILL BE ASSUMED THAT YOU CHOSE ALTERNATIVE (A).

If Alternative (B) is chosen and a definition of my disability or incapacity is not contained in this power of attorney, I shall be considered disabled or incapacitated for purposes of this power of attorney if a physician certifies in writing at a date later than the date this power of attorney is executed that, based on the physician's medical examination of me, I am mentally incapable of managing my financial affairs. I authorize the physician who examines me for this purpose to disclose my physical or mental condition to another person for purposes of this power of attorney. A third party who accepts this power of attorney is fully protected from any action taken under this power of attorney that is based on the determination made by a physician of my disability or incapacity.

I agree that any third party who receives a copy of this document may act under it. Termination of this durable power of attorney is not effective as to a third party until the third party has actual knowledge of the termination. I agree to indemnify the third party

PowerofAttorney.com

20

for any claims that arise against the third party because of reliance on this power of attorney. The meaning and effect of this durable power of attorney is determined by Texas law.

If any agent named by me dies, becomes incapacitated, resigns, or refuses to act, or is removed by court order, or if my marriage to an agent named by me is dissolved by a court decree of divorce or annulment or is declared void by a court (unless I provided in this document that the dissolution or declaration does not terminate the agent's authority to act under this power of attorney), I name the following (each to act alone and successively, in the order named) as successor(s) to that agent:

*Jean Rockenhaus*

Signed this _12_ day of _May_ ,20_21_.

_____
(your signature)

State of _____Texas_____
County of _~~Tarrant~~ Fannin RA_

This document was acknowledged before me on _May 12_ ,20_21_ (date)
by _Conrad Rockinhaus_ (name of principal).

(Seal, if any, of notary)

REGINA JOHNSON
Notary Public, State of Texas
Comm. Expires 01-26-2025
Notary ID 126400063

_____
(signature of notarial officer)

_Regina Johnson_
(print name)

My commission expires: _01-26-2025_

PowerofAttorney.com

21

# IMPORTANT INFORMATION FOR AGENT

## Agent's Duties

When you accept the authority granted under this power of attorney, you establish a "fiduciary" relationship with the principal. This is a special legal relationship that imposes on you legal duties that continue until you resign or the power of attorney is terminated, suspended or revoked by the principal or by operation of law. A fiduciary duty generally includes the duty to:

(1)     act in good faith;

(2)     do nothing beyond the authority granted in this power of attorney;

(3)     act loyally for the principal's benefit;

(4)     avoid conflicts that would impair your ability to act in the principal's best interest; and

(5)     disclose your identity as an agent when you act for the principal by writing or printing the name of the principal and signing your own name as "agent" in the following manner:

Conrad Alan Rockenhaus     (Principal's Name) by  _Adrienne Bla___  (Your Signature) as Agent

In addition, the Durable Power of Attorney Act (Subtitle P, Title 2, Estates Code) requires you to:

(1)     maintain records for each action taken or decision made on behalf of the principal;

(2)     maintain all records until delivered to the principal, released by the principal, or discharged by a court; and

(3)     if requested by the principal, provide an accounting to the principal that, unless directed by the principal or otherwise provided in the Special Instructions, must include:

(A)     the property belonging to the principal that has come to your knowledge or into your possession;

(B)     each action taken or decision made by you as agent;

(C)     a complete account of receipts, disbursements, and other actions of you as agent that includes the source and nature of each receipt, disbursement or action, with receipts of principal and income shown separately;

(D)     a listing of all property over which you have exercised control that includes an adequate description of each asset and the asset's current value, if known to you;

(E)     the cash balance on hand and the name and location of the depository at which the cash balance is kept;

(F)     each known liability;

(G)     any other information and facts known to you as necessary for a full and definite understanding of the exact condition of the property belonging to the principal; and

(H)     all documentation regarding the principal's property.

PowerofAttorney.com

22

## Termination of Agent's Authority

You must stop acting on behalf of the principal if you learn or any event that terminates or suspends this power of attorney or your authority under this power of attorney. An event that terminates this power of attorney or your authority to act under this power of attorney includes:

(1)     the principal's death;

(2)     the principal's revocation of this power of attorney or your authority;

(3)     the occurrence of a termination event stated in this power of attorney;

(4)     if you are married to the principal, the dissolution of your marriage by court decree of divorce or annulment or declaration that your marriage is void, unless otherwise provided in this power of attorney;

(5)     the appointment and qualification of a permanent guardian of the principal's estate unless a court order provides otherwise; or

(6)     if ordered by a court, your removal as agent (attorney in fact) under this power of attorney. An event that suspends this power of attorney is the appointment and qualification of a temporary guardian unless a court order provides otherwise.

## Liability of the Agent

The authority granted to you under this power of attorney is specified in the Durable Power of Attorney Act (Subtitle P, Title 2, Estates Code). If you violate the Durable Power of Attorney Act or act beyond the authority granted, you may be liable for any damages caused by the violation or subject to prosecution for misapplication of property by a fiduciary under Chapter 32 of the Texas Penal Code.

THE AGENT, BY ACCEPTING OR ACTING UNDER THE APPOINTMENT, ASSUMES THE FIDUCIARY AND OTHER LEGAL RESPONSIBILITIES OF AN AGENT.

PowerofAttorney.com

23

# EXHIBIT D



05/11/2023
DATE OF APPLICATION

## Marriage License
### State of Michigan

STATE FILE NO.

2023-01692
LOCAL FILE NO

DATE CERTIFICATE FILED

To any person legally authorized to solemnize marriage, the marriage must be solemnized in the State of Michigan on or before     June 13, 2023
DATE

**COUPLE**

| ADRIENNE MARJORIE BLAIR | | | and | CONRAD ALAN ROCKENHAUS | | |
| FULL NAME (First, Middle, Last) | ☐ MALE ☒ FEMALE | | | FULL NAME (First, Middle, Last) | ☒ MALE ☐ FEMALE | |

HEIN
SURNAME ON BIRTH CERTIFICATE, IF DIFFERENT

SURNAME ON BIRTH CERTIFICATE, IF DIFFERENT

| 43 | 08/16/1979 | 41 | 02/03/1982 |
| PRESENT AGE | DATE OF BIRTH | PRESENT AGE | DATE OF BIRTH |

| PONTIAC MICHIGAN | MILLINGTON TENNESSEE |
| BIRTHPLACE – CITY AND STATE | BIRTHPLACE – CITY AND STATE |

| 24570 LINCOLN CT APT 152 | | 24570 LINCOLN CT APT 152 | |
| RESIDENCE NO. | STREET | RESIDENCE NO. | STREET |

| FARMINGTON HILLS | MI | 48335 | FARMINGTON HILLS | MI | 48335 |
| CITY, STATE, AND ZIP CODE | | | CITY, STATE, AND ZIP CODE | | |

| OAKLAND | 1 | OAKLAND | 1 |
| RESIDENCE COUNTY | TIMES PREVIOUSLY MARRIED | RESIDENCE COUNTY | TIMES PREVIOUSLY MARRIED |

**PARENTS**

| ROBERT NORMAN HEIN | | ERIC JOSEPH ROCKENHAUS | |
| FULL NAME (First, Middle, Last) | | FULL NAME (First, Middle, Last) | |

| HEIN | MICHIGAN | ROCKENHAUS | ARKANSAS |
| SURNAME AT BIRTH | BIRTHPLACE | SURNAME AT BIRTH | BIRTHPLACE |

| DEBORAH DIANE FENWICK | | LENITA ROBLES FERNANDO ROCKENHAUS | |
| FULL NAME (First, Middle, Last) | | FULL NAME (First, Middle, Last) | |

| DEW | OHIO | ROBLES FERNANDO | PHILIPPINES |
| SURNAME AT BIRTH | BIRTHPLACE | SURNAME AT BIRTH | BIRTHPLACE |

Based on the affidavit filed in this office, I hereby grant this marriage license on     MAY  15TH    2023
(Month, Day, Year)

| LISA BROWN | OAKLAND |
| COUNTY CLERK | COUNTY |

DEPUTY CLERK

## Certificate of Marriage

**I hereby certify that,** in accordance with the above license, the persons herein mentioned were joined in marriage,

in  Oakland, Clarkston County of  Oakland  Michigan,
CITY, VILLAGE, TOWNSHIP

on the  10th  day of  May  A.D. 20 23 , in the presence of

_[signature]_
SIGNATURE OF OFFICIANT/CERTIFIER

Rev Tim Churlrell
NAME AND TITLE OF OFFICIANT/CERTIFIER (TYPE OR PRINT)

499 Wyndham Dr  Oxford, MI  48371
FULL MAILING ADDRESS OF OFFICIANT/CERTIFIER

S Cunningham
SIGNATURE OF WITNESS

_[signature]_
SIGNATURE OF WITNESS

Sandra Cunningham
NAME OF WITNESS (TYPE OR PRINT)

Ann M Helgren
NAME OF WITNESS (TYPE OR PRINT)

Adrienne Rockenhaus
SIGNATURE OF SPOUSE

_[signature]_
SIGNATURE OF SPOUSE

Adrienne Rockenhaus
PRINTED NAME OF SPOUSE

Conrad Rockenhaus
PRINTED NAME OF SPOUSE

DCH-0482 (Rev. 11-18)  By Authority of MCL 551.102

25

# EXHIBIT E



27