FILED
NOV 04 2025
CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America
  Plaintiff
       v.                              Case no  23-cr-20701
Conrad Rockenhaus                        Hon Stephen J Murphy
  Defendant


Defendant's Emergency Application
For Home Confinement or Appeal
Bond


Defendant, Conrad Rockenhaus, In Pro Per, Moves this Honorable Court to grant an Emergency Application for Immediate Home Confinement or Grant an Appeal Bond pending his Appeal due to his present deterorating medical status.

The Defendant is a 100% disabled Veteran who is supposed to be designated to a level 2 medical care facility, which FCI Milan is not. He has not received most of the medications he is supposed to be prescribed in the over two months he has been in custody even though he has filed over 64 seperate medical requests at two facilites to have these medications filled. He has lost almost 30 pounds, recently started vomiting blood daily, and is now experiancing seizures again which were previously well controlled.

The neglect of Defendant's health, which was well managed as documented by his VA healthcare record prior to the dieceful conduct of PO Against PO constitutes cruel and unusual

Punishment and is documented in the numerous unanswered sickcalls, staff requests, witness statements, and the vast decline in my health here at FCI Milan.

Grade C Violations should not equate a death sentence, even though AUSA Lambert and Judge Murphy seem more than happy and content with this present situation.

Respectfully Submitted,

10/26/25

Conrad Rockenhaus
NAME
39400-480
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

Legal
Mail

RECEIVED
NOV 04 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

METROPLEX MI 480
31 OCT 2025 PM 6 L

Court Clerk/Criminal
United States District Court
Theodoe Levin United States Courthouse
231 West Lafayette Blvd
5th Fl
Detroit MI 48226

48226-279426