UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.                                    Case No. 23-20701
                                       Hon. Stephen J. Murphy, III

CONRAD ROCKENHAUS,

                    Defendant.
_____/

**SUPERVISED RELEASE VIOLATION HEARING**

BEFORE THE HONORABLE STEPHEN J. MURPHY, III
United States District Judge
Theodore Levin United States Courthouse
231 West Lafayette Boulevard
Detroit, Michigan  48226
Tuesday, May 13, 2025

APPEARANCES:

For the Plaintiff          CORINNE M. LAMBERT
United States of America:   U.S. Attorney's Office
                           211 West Fort Street
                           Suite 2001
                           Detroit, Michigan 48226
                           313-226-9129

For the Defendant          MARC R. LAKIN
Conrad Rockenhaus:         283 E. Frank Street
                           Birmingham, Michigan 48009
                           248-723-1199

To obtain a certified copy of this transcript, contact:
Linda M. Cavanagh, CSR-0131, CRR, RMR, RDR, CRC
Official Court Reporter
(313) 234-2616 • www.transcriptorders.com

TABLE OF CONTENTS

Page

SUPERVISED RELEASE VIOLATION HEARING:

Comments by the Court                                          3
Plea of Guilty by Defendant Rockenhaus                        7

EXHIBITS

| Identification | Offered | Received |
|---|---|---|
| NONE | | |

Detroit, Michigan

Tuesday, May 13, 2025

— — —

(Proceedings commenced at 12:06 p.m., all parties present)

THE CLERK: All rise. United States District Court for the Eastern District of Michigan is now in session, the Honorable Stephen J. Murphy, III presiding.

The Court calls criminal matter 23-20701, the United States of America versus Conrad Rockenhaus. Date and time is set for a supervised release violation hearing.

Counsel, please state your appearances for the record beginning with the government.

MS. LAMBERT: Good morning. Corinne Lambert appearing on behalf of the United States.

THE COURT: Good morning.

MR. LAKIN: Good afternoon, Your Honor. Marc Lakin appearing on behalf of Conrad Rockenhaus.

THE COURT: It is the afternoon, isn't it? Thank you. Everybody may be seated. Welcome to Mr. Lakin as well.

MR. LAKIN: Thank you.

THE COURT: So Mr. Rockenhaus was convicted of computer crime in the Eastern District of Texas and we took over supervision I don't quite know when. Oh, 28th of December, 2023. And we have six Grade C violations: no

additional criminal conduct, and most troubling I guess was failure to be in touch with the probation officer. So Mr. Rockenhaus was never able to be contacted about these -- or he -- he was efforted -- we efforted to contact him about the violations but we never heard anything back.

So I wonder, Ms. Lambert, whether the lawyers have talked and you have perhaps a -- a solution to what we're going to do here. It doesn't seem like, you know, a huge sentence is in -- is in order, but maybe -- I don't know, maybe does -- maybe Mr. Rockenhaus doesn't want to be supervised, but I thought getting things back on track might be the first step we could take. Go right ahead.

MS. LAMBERT: That -- Your Honor, that sounds kind of what we were thinking as well. It's my understanding that today Mr. Rockenhaus is willing to admit to each of the violations in the violation report, and if that does happen, the parties have agreed and are in favor that -- of the sentencing for these violations being delayed by approximately 120 days, offer him to come into compliance, which means, most importantly, reporting as directed to his probation officer, beginning to make restitution payments, and of course complying with all of the other conditions of his supervised release.

That 120 days would bring us to sometime in September, and the reason for that is that he is scheduled to be discharged from supervised -- his current term of supervised

Case 2:23-cr-20701-SJM   ECF No. 40, PageID.151   Filed 12/01/25   Page 5 of 10
Supervised Release Violation Hearing • Tuesday, May 13, 2025

5

release in October.  So I think having a baseline sometime in -- in that September and possibly delaying the sentencing until then for him to come into compliance, giving him a chance to follow the conditions of his release, I think all parties are in agreement that that would be a just resolution at this time for the time being.

THE COURT:  All right.  That all sounds good to me.

Mr. Lakin, you want to be heard on this?  I'm sure you do.

MR. LAKIN:  Yes.  We -- we are in agreement with everything that counsel had to say.  There does seem to be -- and I'm a little bit worried that after we leave here today, they still might have a problem communicating because the -- the officer, the probation officer has said that even yesterday they couldn't get through to him.  So I'm really troubled by that.

THE COURT:  Okay.

MR. LAKIN:  Now, he tells me that he has T-Mobile and I -- I told him to switch to Verizon.  They seem to be able to get to everywhere.

THE COURT:  Okay.

MR. LAKIN:  But I wish there was a way before there's a violation if I knew --

THE COURT:  Yes.

MR. LAKIN:  -- 'cuz he's great at communicating with

me.

THE COURT:  Yeah.

MR. LAKIN:  I wish there was a way I could get a heads-up to -- to intervene almost, if -- if that -- I mean I'll volunteer to do whatever it takes.  I just don't want to -- I just don't want this to get so far along that there's -- you know, we -- we pile up these allegation --

THE COURT:  Okay.

MR. LAKIN:  -- these allegations.

THE COURT:  Well, I -- I think that's very sensible.  And I -- I also think had Mr. Rockenhaus had a lawyer before today's appearance, maybe we would have had more success.  But Mr. Konal is one of our very, very finest probation officers, and I'm sure that he will take every effort to solve the communication problem on his end.  And then I don't -- I don't think it would be unreasonable before filing a violation with the Court, if it's just a matter of communication, that he reach out to you before doing that, but I'll -- I'll leave that to you all to discuss after you leave here today.  But I, and I'm sure Mr. Konal as well, would want to avoid violating this man since he's -- we can give him a four- -- four-month tryout and get him off of supervised release, that would be in everybody's interests, so... all right?

MR. LAKIN:  Thank you.

THE COURT:  Why don't you come on up to the

microphone and we'll -- we'll get through this.

I do want to thank both lawyers for talking with each other in advance and proposing a sensible solution here.

Mr. Rockenhaus, the six violations are failure to refrain from unlawful drug use. You used a wax that contained marijuana allegedly.

No monthly restitution payments since December of '23. Restitution had been set at 800 a month in Texas. We'd like to get you back on track with your -- with your restitution to the victim of the crime in Texas.

Failure to report to the probation officer.

Opening new lines of credit with a restitution amount owing.

Possessing a device that looked to be an Apple iPhone cellular device that wasn't previously discussed with the Probation Office.

So I guess there's actually five, not six, Grade C violations, but those are what you are charged with having not done in the past several months. How do you wish to plead to those violations now? You can say "I didn't do it" or "I accept responsibility and I'm guilty," and that's -- that's about it. What -- how would you like to plead now?

DEFENDANT ROCKENHAUS: I accept responsibility and I'm guilty, Your Honor.

THE COURT: Okay. Very good. Mr. Rockenhaus did

accept responsibility for the four violations. I'll take that under advisement. I -- I appreciate that very much.

Mr. Lakin, if I -- if I can save you some time here, I will. You and your client both have the right to speak before sentencing, but my inclination would be to move the sentencing date to sometime in September, closer to the 4th of October, and if -- if I don't hear anything from Mr. Rockenhaus between then and now, I'll sentence him to a day in custody, credit for time served, and we can get him off of supervised release and on with his life, but that would be my -- my proposal at this time.

MR. LAKIN: That's fine. That's perfect.

THE COURT: Okay. All right. So we will adjourn this matter for 120 days, have sentencing mid to end September, and that date will be the 30th of September, 2025, 11:00 a.m., here in Detroit.

All I would say, Mr. -- Mr. Rockenhaus, by way of encouragement is that you are very close to the finish line. Do what they ask you to do — Mr. Konal is a great guy — and we'll -- we'll all be done with each other, okay?

DEFENDANT ROCKENHAUS: Yes, Your Honor.

THE COURT: All right. Very good. Thank you all very much.

MR. LAKIN: Thank you.

MS. LAMBERT: Thank you, Your Honor.

THE COURT:  Thank you.

(Proceedings concluded at 12:15 p.m.)

— — —

C E R T I F I C A T I O N

I, Linda M. Cavanagh, Official Court Reporter of the United States District Court, Eastern District of Michigan, appointed pursuant to the provisions of Title 28, United States Code Section 753, do hereby certify that the foregoing pages 1 through 9 comprise a full, true and correct transcript taken in the matter of United States of America vs. Conrad Rockenhaus, Case No. 23-20701, on Tuesday, May 13, 2025.

s/Linda M. Cavanagh
Linda M. Cavanagh, CRR, RMR, RDR, CRC
Federal Official Court Reporter
United States District Court
Eastern District of Michigan

Date: December 1, 2025
Detroit, Michigan